**CHRISTENSEN JAMES & MARTIN**
KEVIN B. CHRISTENSEN, ESQ. (175)
DARYL E. MARTIN, ESQ. (6735)
WESLEY J. SMITH, ESQ. (11871)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
kbc@cjmlv.com, dem@cjmlv.com, wes@cjmlv.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * * * *

| | |
|---|---|
| UNITE HERE HEALTH (formerly the HEREIU Welfare Fund), by and through its fiduciary, Morty Miller; SOUTHERN NEVADA CULINARY AND BARTENDERS PENSION TRUST, by and through its fiduciary Kim Gould, <br><br> Plaintiffs, <br><br> vs. <br><br> TINOCO'S KITCHEN, LLC, a Nevada limited liability company; ENRIQUE TINOCO, an individual; LAS VEGAS CLUB HOTEL & CASINO, LLC, a Nevada limited liability company dba Las Vegas Club Hotel & Casino; PLAZA HOTEL & CASINO, LLC, a Nevada limited liability company; PLAYLV GAMING OPERATIONS, LLC, a Nevada limited liability company; JOHN DOES I-X, inclusive; ROE ENTITIES I-X, inclusive, <br><br> Defendants. | CASE NO.: 2:11-cv-02025-MMD-GWF <br><br> **STIPULATION & ORDER FOR DISMISSAL WITH PREJUDICE** <br><br><br> Date:  N/A <br> Time:  N/A |

UNITE HERE HEALTH, by and through its fiduciary Morty Miller, and Southern Nevada Culinary & Bartenders Pension Trust, by and through its fiduciary Kim Gould, ("Plaintiffs" or "Trusts"), by and through their attorneys, Christensen James & Martin, and the Defendants, Las Vegas Club Hotel & Casino, LLC, Plaza Hotel & Casino, LLC and PlayLV Gaming Operations, LLC ("Defendants"), by and through their attorneys, Hafter Law, hereby Stipulate and Agree ("Stipulation") as follows:

1. On June 27, 2013, the Court entered an Order staying this case through June 1, 2015 pending the Defendants' performance under a Settlement between the Plaintiffs and Defendants;

2. The Defendants have fully and faithfully performed all obligations imposed by the Settlement and dismissal of the Defendants is now appropriate;

3. All claims asserted in this Case against Las Vegas Club Hotel & Casino, LLC, Plaza Hotel & Casino, LLC and PlayLV Gaming Operations, LLC are dismissed with prejudice; and

4. Each Party shall bear its own attorney's fees and costs.

| | |
|---|---|
| CHRISTENSEN JAMES & MARTIN | HAFTER LAW |
| By: /s/ Wesley J. Smith <br>     Wesley J. Smith, Esq. <br>     *Attorneys for Plaintiffs* | By: /s/ Jacob Hafter <br>     Jacob Hafter, Esq. <br>     *Attorneys for Defendants* |
| Date: June 12, 2015. | Date: June 12, 2015. |

IT IS SO ORDERED.

DATED and done this 15th day of June, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE